# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-1148

————————————————

WILLIAM DONALD GRANT,

Appellant,

v.

CHARLOTTE M. GRANT,

Appellee.

————————————————

On appeal from the Circuit Court for Gadsden County.
Francis J. Allman, Judge.

June 19, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Kristin Adamson, Tallahassee, for Appellant.

Jerome M. Novey, Shannon L. Novey and Christin F. Gonzalez of Novey Law, Tallahassee, for Appellee.